**In re NEW ENGLAND TIRE & RUBBER CO.**

(District Court, D. Massachusetts. June 15, 1926.)

No. 34520.

Bankruptcy ⬳342—Single creditor cannot petition for review of order affecting estate generally.

After appointment and qualification of trustee, single creditor has no standing to petition for review of order affecting estate generally, which can only be done by the trustee, and if he refuses to act, application should be made to referee or judge to require him to act, or to authorize creditor to act in his name.

In Bankruptcy. In the matter of the New England Tire & Rubber Company, bankrupt. On petition by creditor to review order of referee. Petition dismissed.

Daniel Needham, of Boston, Mass., for creditor Gotham Nat. Bank.

F. Paul Welsch, of Boston, Mass., for creditor George W. Pitman.

MORTON, District Judge. A single creditor has no standing, after the appointment and qualification of a trustee, to claim review of an order affecting the estate generally; such review can be taken only by the trustee. In re Lewensohn (C. C. A. 2d) 121 F. 538, 57 C. C. A. 600; Remington on Bankruptcy (3d Ed.) § 3634; Collier on Bankruptcy (13th Ed.) p. 1172. The proper practice, where the trustee refuses to act, is by application to the referee, or to the judge, to direct him to act, or to authorize the creditor to act in the trustee's name. In re Mexico Hardware Co. (D. C.) 197 F. 650.

Moreover, if the review were properly here, the facts must be taken as stated in the certificate; the evidence not being reported. The question involved is one of business administration, on which the judgment of the referee is entitled to much weight; and it by no means appears that his order was clearly wrong.

Petition for review dismissed.